# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROBERT ANTOINE

VERSUS

DOUG WELBORN, CLERK OF EAST
BATON ROUGE PARISH AND
SHAWDRA PERKINS, DEPUTY
CLERK OF COURT

NO. 2025 CW 0476

AUGUST 22, 2025

---

In Re: Robert Antoine, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge, No.
757490.

---

BEFORE: THERIOT, PENZATO, AND BALFOUR, JJ.

WRIT DENIED ON THE SHOWING MADE.

MRT
AHP
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT